AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| COREY LONDELL MCNEAL | ) |
| | ) Case No. 1:21-cr-281-ECM-SMD |
| | ) USM No. 50554-509 |
| | ) Rachel P. Judge |
| | ) Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___1, 2, 3, 4, and 5___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another federal, state or local crime. | 04/30/2025 |
| 2 | Defendant committed another federal, state or local crime. | 04/30/2025 |
| 3 | Defendant unlawfully possessed a controlled substance. | 04/30/2025 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1803

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:
Geneva, Alabama

03/12/2026
Date of Imposition of Judgment

/s/ Emily C. Marks
Signature of Judge

Emily C. Marks, United States District Judge
Name and Title of Judge

03/13/2026
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:  COREY LONDELL MCNEAL
CASE NUMBER:  1:21-cr-281-ECM-SMD

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Defendant failed to refrain from the unlawful use of a controlled substance. | 04/30/2025 |
| 5 | Defendant communicated or interacted with someone who engaged in criminal activity. | 04/30/2025 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
　　　　　　　　　　　Sheet 2— Imprisonment

Judgment — Page  3  of  3

DEFENDANT:  COREY LONDELL MCNEAL
CASE NUMBER:  1:21-cr-281-ECM-SMD

## IMPRISONMENT

　　　　The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

15 Months, with no term of supervision to follow. This sentence shall run consecutively to any sentence imposed in the pending state court cases arising out of the arrests referenced in Violations 1 and 2.  The term of supervised release imposed on March 31, 2022, is revoked.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

　　☐   at _____ ☐  a.m.   ☐  p.m.    on _____ .

　　☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐   before 2 p.m. on _____ .

　　☐   as notified by the United States Marshal.

　　☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

　　Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
　　　　　　　　　　　　　　UNITED STATES MARSHAL

By _____
　　　　　　　DEPUTY UNITED STATES MARSHAL